NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

**v.**

**COREPHOTONICS, LTD.,**
*Appellee*

---

2022-2288

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00489.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                              APPLE INC. V. COREPHOTONICS, LTD.

(2)  Each side shall bear their own costs.

FOR THE COURT

March 11, 2024                          Jarrett B. Perlow
      Date                              Clerk of Court

**ISSUED AS A MANDATE:** March 11, 2024